841 A.2d 906

IN THE MATTER OF WILLIAM S. WOLFSON, AN ATTORNEY AT LAW (ATTORNEY NO. 009191976).

February 23, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–205, concluding that **WILLIAM S. WOLFSON** of **FLEMINGTON,** who was admitted to the bar of this State in 1976, should be suspended from the practice of law for a period of three months for violating *RPC* 8.4(b) (commission of a criminal act that reflects adversely on the attorney's honesty, trustworthiness or fitness as a lawyer);

And **WILLIAM S. WOLFSON** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And the Court having determined that a six-month suspension is the appropriate discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **WILLIAM S. WOLFSON** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective March 20, 2004; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.